THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Hershal
 Jackson, Appellant.
 
 
 

Appeal From Spartanburg County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-186
Submitted March 3, 2008  Filed March 17,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Harold W. Gowdy,
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: 
 Hershal Jackson appeals his sentence for second-degree burglary and petit
 larceny.  On appeal, Jackson maintains the trial court erred in imposing a
 harsher sentence than normally applied because he exercised his right to a jury
 trial.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Jacksons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED. 
HEARN,
 C.J., and PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.